# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043    For payments Only:
**Trustee**            Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                              Memphis, TN 38101-1918
**Assoc. Attorney**

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    06-10569           Michael & Kathleen Munson

To Whom It May Concern:

Enclosed please find check **#922961** in the amount of **$.02**. The amount represents an over payment of the plan from the debtor(s) in this case. All attempts to return these funds to the debtor have been unsuccessful. Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Michael & Kathleen Munson
                  295 Brunswick Road
                  Troy, NY 12180

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli